UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KARA SCHAUF,

    Plaintiff,

vs.

ESTES EXPRESS LINES, INC.
*d/b/a* ESTES SUREMOVE,

    Defendant.

Case No. 3:24-cv-273

District Judge Michael J. Newman

---

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE HER MOTION TO CERTIFY DISCRETIONARY INTERLOCUTORY APPEAL UNDER SEAL (Doc. No. 38)**

---

For good cause shown, the Court **GRANTS** Plaintiff's motion for permission to file under seal her motion to certify discretionary interlocutory appeal pursuant to S.D. Ohio Civ. R. 5.2.1. Doc. No. 38. The Clerk of Court is **INSTRUCTED** to accept the document as filed under seal.

In allowing Plaintiff to file her motion to certify discretionary interlocutory appeal under seal, the Court intends no suggestion as to the merits of Plaintiff's underlying motion to certify discretionary interlocutory appeal. *See id.* The Court will rule on Plaintiff's underlying motion in a separate, forthcoming order.

    **IT IS SO ORDERED.**

November 13, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge